<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7033**

———————

WILLIAM HOWARD MILES,

Plaintiff - Appellant,

versus

JACK KAVANAGH, Warden; ERNEST POTEE, Corporal,
Correctional Officer II; TERRANCE ESTEP,
Corporal, Correctional Officer II; ERIC A.
NELSON, Sergeant; LINDA BETHEA, Lieutenant;
DENNIS DUSING, Hearing Adjustment Officer,

Defendants - Appellees,

and

CHARLES M. KIMBROW, R.N., License No. R048407,
M.C.A.C., in their individual capacity,

Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge.  (CA-99-
1084-MJG)

———————

Submitted:  May 17, 2001              Decided:  May 22, 2001

———————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

William Howard Miles, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Gloria Wilson Shelton, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Howard Miles appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Miles v. Kavanagh, No. CA-99-1084-MJG (D. Md. July 7, 2000).  We deny Miles' pending motions to compel, for an injunction, and to reconsider.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED